SECRETARY OF LABOR, Respondent,

v.

UNITED STATES POSTAL SERVICE; Respondent,

Debbie R. Tipler, Petitioner.

No. 01–1557.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 27, 2001.

Filed Aug. 31, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Petitioner Debbie R. Tipler seeks review of an Occupational Safety and Health Review Commission order approving a settlement agreement entered into between the Secretary of Labor and the United States Postal Service, Tipler's employer.

Having carefully reviewed Tipler's petition and the Secretary of Labor's response, we decide that the order approving the settlement agreement was entered pursuant to 29 U.S.C. § 659(a) from which there is no basis for judicial review. *See* 29 U.S.C. §§ 659, 660. Accordingly, we grant respondents' motion to dismiss and deny all other pending motions.